IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

      Petitioner,                    2:96-cv-0784-GEB-GGH-P

    vs.

THEO WHITE,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 14, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. When the mail to petitioner was returned, the findings and recommendations were re-served upon petitioner, at his new and correct address, on April 12, 2007. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1. The findings and recommendations filed March 14, 2007, are adopted in full;
5 and
6         2. Petitioner's motion for relief from judgment, pursuant to Fed. R. Civ. P.
7 60(b)(6), filed on August 10, 2006 is dismissed to the extent that it is a successive petition and
8 denied to the extent that it is a Rule 60(b) motion.
9 Dated: May 1, 2007

GARLAND E. BURRELL, JR.
United States District Judge