1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE LYONS,

11                   Petitioner,                    No. CIV S-96-0784 GEB GGH P

12          vs.

13   THEODORE WHITE, et al.,

14                   Respondents.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, moves for relief from this court's

17   order and judgment entered February 28, 2001, denying his petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On December 16, 2009, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

23   has filed objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed December 16, 2009, are adopted in full; and

        2.  Petitioner's motion for relief from judgment, filed September 11, 2009 (Doc. 79), is dismissed.

Dated:  January 21, 2010

GARLAND E. BURRELL, JR.
United States District Judge