IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE LYONS,

      Petitioner,                    No. CIV S-96-0784 GEB GGH P

    vs.

THEODORE WHITE, et al.,

      Respondents.            <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's January 21, 2010, dismissal of his September 11, 2009, motion for relief from this court's order and judgment entered February 28, **2001**, denying his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

1    For the reasons set forth in the magistrate judge's December 16, 2009, findings
2 and recommendations, petitioner has not made a substantial showing of the denial of a
3 constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.

Dated: March 4, 2010

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```