UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LYONS, | No. 2:96-cv-0784 GEB GGH P |
| Petitioner, | |
| v. | ORDER |
| THEODORE WHTE, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 2, 2016, are adopted in full;

2. Petitioner's motion for relief from judgment pursuant to Rule 60(b), ECF No. 91, is DISMISSED to the extent that it is a successive petition, and DENIED to the extent that it is a Rule 60(b) motion; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  March 3, 2016

```
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```