UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LYONS, | No. 2:96-cv-784-GEB-GGH |
| Petitioner, | |
| v. | ORDER |
| THEODORE WHITE, | |
| Respondent. | |

Petitioner is proceeding pro se with this habeas corpus action, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 21 days of the issuance. ECF No. 109. Petitioner filed objections on October 27, 2017, 2017. ECF No. 110.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, and the magistrate judge's findings and recommendations, the court ADOPTS the findings and recommendations.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2017 are adopted in full;
2. Petitioner's petition is dismissed with prejudice;
3. The Clerk of the Court shall close this file;
4. No Certificate of Appealability shall be issued.

IT IS SO ORDERED.

Dated: November 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge